*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas F. McMonagle, III

      Debtor(s)

Case No: 21–12977–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

TRIAL Motion for Relief from Stay . Filed by Prudential Bank Represented by MICHAEL D. VAGNONI

      on: 7/19/22

      at: 01:00 PM

      in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/18/22

Timothy B. McGrath
Clerk of Court