**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:           Chapter 13
WILLIAM D. SCOTT
GAIL R. SCOTT

       Debtor         **Bankruptcy No.** 20-10300-AMC

# **O R D E R**

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                        _____
                                        Honorable Ashely M. Chan
                                        <chief-judge> Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JAMES DIMAGGIO, ESQ
KEAVENY LEGAL GROUP LLC
1000 MAPLEWOOD DR. -STE 202
MAPLE SHADE, NJ 08052-

Debtor:
WILLIAM D. SCOTT
GAIL R. SCOTT
324 BLANCHARD ROAD

DREXEL HILL, PA 19026-